JORGE A. ORTIZ-FELICIANO, #25139-069
Name and Prisoner Number/Alien Registration Number

U.S. PENITENTIARY TUCSON
Place of Confinement

P.O. BOX 24550
Mailing Address

TUCSON, AZ 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
┌─────────────────────────────────────┐
│  ___ FILED      ___ LODGED           │
│  ___ RECEIVED   ___ COPY             │
│ 9 ┌──────────────────────┐ 9        │
│   │    MAR 1 3 2018       │          │
│   └──────────────────────┘          │
│   CLERK U.S DISTRICT COURT           │
│      DISTRICT OF ARIZONA             │
│ BY _____ DEPUTY        │
└─────────────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

JORGE A. ORTIZ-FELICIANO
(Full Name of Petitioner)

Petitioner,

vs.

WARDEN - J.T. SHARTLE
(Name of Warden, Jailor or authorized person having custody of Petitioner)

Respondent.

CV 18-0139 TUCCKJ-LCK

CASE NO. _____
(To be supplied by the Clerk)

PETITION UNDER 28 U.S.C. § 2241
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY

## PETITION

1. What are you challenging in this petition?
   ☐ Immigration detention
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Probation, parole or supervised release
   ☒ Other (explain): Factual, Actual Innocence.

2. (a) Name and location of the agency or court that made the decision you are challenging: U.S. District Court for the District of Puerto Rico

   (b) Case or opinion number: 02-183 (JAG)

   (c) Decision made by the agency or court: Convicted upon his plea of guilty, under the federal carjacking statute, and sentenced to life imprisonment under 18 U.S.C. §§2119 (1)&(3).

Revised 3/9/07

1

**530**

(d) Date of the decision: __June 17, 2014__

3. Did you appeal the decision to a higher agency or court?   Yes ☒   No ☐

If yes, answer the following:

(a) First appeal:

    (1) Name of the agency or court: __U.S. Court of Appeals for the First Circuit__

    (2) Date you filed: __On or about 2004__

    (3) Opinion or case number: __04-1993__

    (4) Result: __Affirmed Conviction and Sentence__

    (5) Date of result: __August 2, 2006__

    (6) Issues raised: __Defendant contended that the district court violated Fed.R.Crim.__ __P.11 by accepting his plea in the absence of a factual basis for the intent__ __element of the carjacking charge.__

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Second appeal:

    (1) Name of the agency or court: __U.S. District Court for the District of Puerto Rico__

    (2) Date you filed: __On or about 2007__

    (3) Opinion or case number: __07-1706 (JAG)__

    (4) Result: __Denied relief__

    (5) Date of result: __July 1, 2008__

    (6) Issues raised: __Guilty plea was entered unintelligently and involuntarily as a__ __result of the failure by the court, the prosecutor, and his counsel to instruct__ __and/or inform him of the element of intent.__

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c) Third appeal:

    (1) Name of the agency or court: _____N/A_____

    (2) Date you filed: _____N/A_____

(3) Opinion or case number: _____ N/A _____

(4) Result: _____ N/A _____

(5) Date of result: _____ N/A _____

(6) Issues raised: _____ N/A _____
_____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.   If you did not appeal the decision to a higher agency or court, explain why you did not: _____
_____ N/A _____
_____
_____
_____

5.   Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?        Yes ☐        No ☒

If yes, answer the following:

(a) Name of the agency or court: _____ N/A _____

(b) Date you filed: _____ N/A _____

(c) Opinion or case number: _____ N/A _____

(d) Result: _____ N/A _____

(e) Date of result: _____ N/A _____

(f) Issues raised: _____ N/A _____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.   For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States**.  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

**CAUTION:**  <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

3

**GROUND ONE**: MR. ORTIZ-FELICIANO CONTENDS THAT HE IS SERVIND AN ILLEGAL SENTENCE, THAT HE IS FACTUALLY, ACTUALLY INNOCENT OF FIRST DEGREE MURDER.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
Mr. Ortiz-Feliciano pled guilty to 18 U.S.C.§§2119(1) & (3) as was the charge of his indictment. The Government used 18 U.S.C.§1111 as the basis of his offense level calculation in order to render a life sentence.

On appeal the First Circuit noted that the Government's theory upon applying §1111 first degree murder as the rule for sentencing and the exclusion of the intent/element was wrong, but the Court of Appeals declined to address the issue because they were not convinced that Mr. Ortiz would have went to trial instead of of accepting a life sentence.

Because 18 U.S.C.§1111 was applied as a sentencing scheme without the elements being proven or adequate notice given Mr. Ortiz has been prejudiced and his substantial rights have been violated. Mr. Ortiz is serving an illegal sentence and contends that he is factually actually innocent of first degree murder, 18 U.S.C.§1111.

(b) Did you exhaust all available administrative remedies relating to Ground One?   N/A  Yes ☐     No ☐

(c) If yes, did you present the issue to:
　　　☐ The Board of Immigration Appeals
　　　☐ The Office of General Counsel
　　　☐ The Parole Commission　　　　N/A
　　　☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:
　　　　　　　　　　　N/A

**GROUND TWO:** _____ N/A _____
_____
_____
_____
_____

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
N/A
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b) Did you exhaust all available administrative remedies relating to Ground Two?     Yes ☐     No ☐
N/A

(c) If yes, did you present the issue to:
    ☐ The Board of Immigration Appeals
    ☐ The Office of General Counsel         N/A
    ☐ The Parole Commission
    ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:
N/A
_____
_____
_____
_____
_____
_____

**GROUND THREE:** _____ N/A _____

_____

_____

_____

_____

_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):
N/A

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  Did you exhaust all available administrative remedies relating to Ground Three?      Yes ☐      No ☐
N/A

(c)  If yes, did you present the issue to:
    ☐ The Board of Immigration Appeals
    ☐ The Office of General Counsel
    ☐ The Parole Commission           N/A
    ☐ Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Three, explain why:
N/A

_____

_____

_____

_____

_____

_____

**GROUND FOUR:** _____ N/A _____

_____
_____
_____
_____
_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

N/A

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  Did you exhaust all available administrative remedies relating to Ground Four?      Yes ☐      No ☐

(c)  If yes, did you present the issue to:                N/A
            ☐  The Board of Immigration Appeals
            ☐  The Office of General Counsel
            ☐  The Parole Commission              N/A
            ☐  Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Four, explain why:

N/A

_____
_____
_____
_____
_____
_____

**Please answer these additional questions about this petition:**

7.    Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☒    No ☐ (Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

    If yes, answer the following:

    (a)   Have you filed a motion under 28 U.S.C. § 2255?        Yes ☒        No ☐

        If yes, answer the following:

        (1)  Name of court: <u>U.S. District Court for the District of Puerto Rico</u>

        (2)  Case number: <u>07-1706 (JAG)</u>

        (3)  Opinion or case number: <u>566 F.Supp.2d 71</u>

        (4)  Result: <u>Denied Relief</u>

        (5)  Date of result: <u>July 1, 2008</u>

        (6)  Issues raised: <u>Guilty plea was entered unintelligently as a result of the failure by the court, the prosecutor, and his counsel to instruct and/or inform him of the element of intent.</u>

        **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

    (b)   Explain why the remedy under § 2255 is inadequate or ineffective: <u>Mr. Ortiz contends that he has not had an unobstructed chance to raise the issue the Court of Appeals and the Sentencing Court has chosen not to address.</u>

8.    If this case concerns immigration removal proceedings, answer the following:

    (a)   Date you were taken into immigration custody: <u>N/A</u>

    (b)   Date of removal or reinstatement order: <u>N/A</u>

    (c)   Did you file an appeal with the Board of Immigration Appeals?        Yes ☐        No ☐
        <u>N/A</u>
        (1)  Date you filed: <u>N/A</u>

        (2)  Case number: <u>N/A</u>

(3) Result: _____ N/A

(4) Date of result: _____ N/A

(5) Issues raised: _____ N/A

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d)   Did you file an appeal with the federal court of appeals?        Yes ☒        No ☐

(1) Name of the court: U.S. Court of Appeals for the First Circuit

(2) Date you filed: On or about 2004

(3) Case number: 04-1993

(4) Result: Affirmed conviction and sentence

(5) Date of result: August 2, 2006

(6) Issues raised: Defendant contended that the district court violated Fed.R.Crim. P.11 by accepting his plea in the absence of a factual basis for the intent element of the carjacking charge.

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9.   Petitioner asks that the Court grant the following relief: Mr. Ortiz-Feliciano requests this court grant an evidentiary hearing and that his conviction be vacated or in the alternative grant any relief that the Court deem necessary to cure the injustice that has occurred.

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  3-9-18  (month, day, year).

_____
Signature of Petitioner

_____        3-9-18
Signature of attorney, if any        Date

9